UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WANDA CANTRELL,

    Plaintiff,                                  CASE NO. 5:10-cv-00612

v.

COLLECTION COMPANY OF AMERICA,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, WANDA CANTRELL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                    RESPECTFULLY SUBMITTED,

                    By: /s/ James Pacitti_____
                    James Pacitti (FBN: 119768)
                    Krohn & Moss, Ltd
                    10474 Santa Monica Blvd, Suite 401
                    Los Angeles, CA 90025
                    Phone: (323) 988-2400 x 230
                    Fax: (866) 385-1408
                    jpacitti@consumerlawcenter.com
                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2010, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to David J. Kaminski Attorney for Defendant, by the Court's CM/ECF system.

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff