**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

WANDA CANTRELL,

    Plaintiff,                                  CASE NO. 5:10-cv-00612

v.

COLLECTION COMPANY OF AMERICA,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

WANDA CANTRELL (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, COLLECTION COMPANY OF AMERICA (Defendant), in this case.

                                                RESPECTFULLY SUBMITTED,

                                                By: /s/ James Pacitti_____
                                                James D. Pacitti
                                                FBN: 119768
                                                Krohn & Moss, Ltd
                                                10474 Santa Monica Blvd, Suite 401
                                                Los Angeles, CA 90025
                                                (323) 988-2400 x230
                                                (866) 802-0021 (fax)
                                                Email: jpacitti@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2011 I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to David J. Kaminski Attorney for Defendant, by the Court's CM/ECF system.

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff